**TRACY A. EGLET, ESQ.**
Nevada Bar No.: 6419
**PAUL A. SHPIRT, ESQ.**
Nevada Bar No.: 10441
**DANIELLE TARMU, ESQ.**
Nevada Bar No.: 11727
**EGLET LAW GROUP**
400 South Seventh Street, Box 1, Suite 400
Las Vegas, NV 89101
Ph. :   (702) 450-5400
Fax:    (7020 450-5451
E-Mail: eservice@egletlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN PANTELAKIS,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>     Defendant. | Case No:  2:13-cv-02310-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S EXTRA-CONTRACTUAL CLAIMS (SECOND REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, CHRISTIAN PANTELAKIS, by and through his attorneys, TRACY A. EGLET, ESQ., PAUL A. SHPIRT, ESQ., and DANIELLE TARMU, ESQ., of the law firm of EGLET LAW GROUP, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their attorneys of record, RILEY A. CLAYTON, ESQ. and TAYLOR G. SELIM, ESQ. of HALL JAFFE & CLAYTON, LLP, pending the Court's approval, the date for Plaintiff to file his opposition to Defendant's Motion for Partial Summary Judgment on Plaintiff's Extra-Contractual Claims be extended from March 9, 2015 to March 11, 2015.

The purpose of the request for this extension is due to our office experiencing technical problems with the firm's server, making it impossible to finalize and file the opposition.  In light of these unforeseen technical problems, the Plaintiff respectfully requests this Court to approve the parties' stipulation for an additional 48 hours to file his Opposition to Defendant's Motion for Partial Summary Judgment on Extra-Contractual Claims, making it due on Wednesday, March 11, 2015, before 4:00 p.m.  Defendant's reply brief will follow the normal briefing schedule under the Court's Rules.

DATED this 9th day of March, 2015.          DATED this 9th day of March, 2015.

EGLET LAW GROUP                              HALL JAFFE & CLAYTON, LLP

/s/ Danielle Tarmu                           /s/ Taylor G. Selim
DANIELLE TARMU, ESQ.                         TAYLOR G. SELIM, ESQ.
Nevada Bar No.: 11727                        Nevada Bar No.: 12091
400 South Seventh Street, Suite 400          7425 Peak Drive
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89128
*Attorneys for Plaintiff*                    *Attorneys for Defendant*

### ORDER

Based on the parties' stipulation [30], and good cause appearing, it is HEREBY ORDERED that the deadline for Response to the Motion for Partial Summary Judgment is extended to March 11, 2015, nunc pro tunc.

Dated: March 12, 2015.

_____
UNITED STATES DISTRICT JUDGE