RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
TAYLOR G. SELIM
Nevada Bar No. 012091
tselim@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant, State Farm
Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN PANTELAKIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO.: 2:13-cv-02310-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S EXTRA-CONTRACTUAL CLAIMS (SECOND REQUEST)** |

　　　　IT IS HEREBY STIPULATED and AGREED between Plaintiff Christian Pantelakis ("Plaintiff"), by and through her attorneys, Eglet Law Group, and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its attorneys, Hall Jaffe & Clayton, LLP, pending the Court's approval, that the date for Defendant to file its reply in support of Defendant's Motion for Partial Summary Judgment on Plaintiff's Extra-Contractual Claims be extended from April 6, 2015 to April 13, 2015.

　　　　State Farm has previously stipulated to provide Plaintiff with several extensions in filing her opposition. Plaintiff also previously stipulated to allow State Farm to re-file its motion for partial summary judgment in order to attach additional authenticating affidavits. Plaintiff recently granted State Farm an extension to prepare its reply in support of its motion for partial summary judgment. State

1 Farm has requested another one week extension to file its reply to accommodate State Farm's counsel's
2 schedule and work-related deadlines in other cases.
3     It is, therefore, stipulated that State Farm shall have until April 13, 2015, to file its reply in
4 support of its motion for party summary judgment.

DATED this __2ND__ day of April 2015.     DATED this __2ND__ day of April 2015.

HALL JAFFE & CLAYTON, LLP     EGLET LAW GROUP

__/s/: Taylor G. Selim__     __/s/: Danielle Tarmu__
Riley A. Clayton, Esq.     Tracy A. Eglet, Esq.
Nevada Bar No. 005260     Nevada Bar No. 006419
Taylor G. Selim, Esq.     Danielle Tarmu, Esq.
Nevada Bar No. 012091     Nevada Bar No. 011727
7425 Peak Drive     400 S. Seventh Street, Box 1, Suite 400
Las Vegas NV 89128     Las Vegas NV 89101
Attorney for Defendant     Attorney for Plaintiff

**ORDER**

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendant State Farm Mutual Automobile Insurance Company's Reply in Support of its Motion for Partial Summary Judgment is extended to April 13, 2015.

DATED this __7th__ day of April 2015.

_____
UNITED STATES DISTRICT JUDGE

2