RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
TAYLOR G. SELIM
Nevada Bar No. 012091
tselim@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant, State Farm
Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN PANTELAKIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO.: 2:13-cv-02310-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S EMERGENCY MOTION TO STRIKE PLAINTIFF'S COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT THAT DEFENDANT'S INVESTIGATION WAS IN BAD FAITH (FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED and AGREED between Plaintiff Christian Pantelakis ("Plaintiff"), by and through her attorneys, Eglet Law Group, and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its attorneys, Hall Jaffe & Clayton, LLP, pending the Court's approval, that the date for Defendant to file its reply in support of Defendant's Emergency Motion to Strike Plaintiff's Countermotion for Partial Summary Judgment that Defendant's Investigation was in Bad Faith be extended from April 27, 2015 to May 1, 2015.

　　　State Farm has requested a one week extension to file its reply to accommodate State Farm's counsel's schedule and work-related deadlines in other cases after the completion of a recent trial. This extension is not sought for an improper purpose or to otherwise needlessly delay these proceedings.

1  It is, therefore, stipulated that State Farm shall have until May 1, 2015, to file its reply in support of its Emergency Motion to Strike Plaintiff's Countermotion for Partial Summary Judgment that Defendant's Investigation was in Bad Faith .

DATED this 24th day of April 2015.                    DATED this 24th day of April 2015.

HALL JAFFE & CLAYTON, LLP                             EGLET LAW GROUP

  /s/:  **Taylor G. Selim**                             /s/:  **Danielle Tarmu**
Riley A. Clayton, Esq.                                Tracy A. Eglet, Esq.
Nevada Bar No. 005260                                 Nevada Bar No. 006419
Taylor G. Selim, Esq.                                 Danielle Tarmu, Esq.
Nevada Bar No. 012091                                 Nevada Bar No. 011727
7425 Peak Drive                                       400 S. Seventh Street, Box 1, Suite 400
Las Vegas NV 89128                                    Las Vegas NV 89101
Attorney for Defendant                                Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED this __24th__ day of April 2015.

_____
U.S. DISTRICT COURT JUDGE