**FILED**
JUN 01 2015
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Christian Pantelakis,<br><br>　　　　　Plaintiff,<br>vs.<br>State Farm Mutual Automobile Insurance Company,<br>　　　　　Defendant. | Case No.: 2:13-cv-2310-JAD-NJK<br><br>**Order Granting in Part Motion for Summary Judgment and Denying Countermotion for Summary Judgment**<br>[## 26, 35] |

　　Based on the findings and conclusions stated on the record during the June 1, 2015, hearing,

　　It is **HEREBY ORDERED** that defendant's motion for partial summary judgment **[Doc. 26] is GRANTED** in part **and DENIED** in part:

　　1.　　It is **GRANTED** as to plaintiff's punitive damages request;

　　2.　　It is **DENIED** in all other respects.

　　It is FURTHER ORDERED that defendant's emergency motion to strike plaintiff's counter-motion for summary judgment **[Doc. 35] is DENIED**; the plaintiff's countermotion for summary judgment [Doc. 31] is DENIED.

　　THE PARTIES ARE **FURTHER ORDERED** to participate in good faith in a **settlement conference before a magistrate judge.** The parties' obligation to file a joint pretrial order will **not** be stayed pending the settlement conference.

　　DATED: June 1, 2015.

_____
Jennifer A. Dorsey
United States District Judge