**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTIAN PANTELAKIS,                        )
                                             )
                     Plaintiff(s),           )        Case No. 2:13-cv-02310-JAD-NJK
                                             )
vs.                                          )        ORDER
                                             )
STATE FARM MUTUAL AUTOMOBILE                 )
INSURANCE COMPANY,                           )
                                             )
                     Defendant(s).           )
_____)

In light of the parties' stipulation of dismissal, Docket No. 47, the Court hereby VACATES

the settlement conference set for August 27, 2015.

IT IS SO ORDERED.

DATED: June 30, 2015

_____
Nancy J. Koppe
United States Magistrate Judge