1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  Attorneys for Defendant,
   State Farm Mutual Automobile Insurance Company
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 CHRISTIAN PANTELAKIS,
                                        CASE NO.: 2:13-cv-02310-JAD-NJK
11              Plaintiff,

12 vs.
                                        **STIPULATION AND ORDER FOR**
13 STATE FARM MUTUAL AUTOMOBILE         **DISMISSAL WITH PREJUDICE**
   INSURANCE COMPANY,
14
                Defendant.
15

16
17      IT IS HEREBY STIPULATED by and between the Plaintiff, Christian Pantelakis, and

18 Defendant, State Farm Mutual Automobile Insurance Company, parties hereto, by and through their

19 respective counsel, Eglet Prince and Tingey & Tingey, for Plaintiff, and Hall Jaffe & Clayton, LLP, for

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 30th day of June, 2015.       DATED this 30th day of June, 2015.

EGLET PRINCE                              HALL JAFFE & CLAYTON, LLP

By *for Tracy A. Eglet* /s/ #13123        By /s/ Riley A. Clayton
Tracy A. Eglet, Esq.                      Riley A. Clayton, Esq.
Nevada Bar No. 006419                     Nevada Bar No. 005260
400 S. Seventh Street, Box 1, Suite 400   7425 Peak Drive
Las Vegas, NV 89101                       Las Vegas, Nevada 89128
Attorney for Plaintiff                    Attorney for Defendant
   **AND**
Bruce D. Tingey, Esq.
Nevada Bar No. 005151
TINGEY & TINGEY
2001 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorney for Plaintiff*

## ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: June 30, 2015.

_____
UNITED STATES DISTRICT JUDGE

2